No. 91–7322. CRUM v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–7324. THOMPSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–7329. MATA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–7330. OAKLEY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 91–7331. MURACCIOLE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–7334. GRUNDEN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–7338. FOWLER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–7341. SKILLERN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–7346. MOORE v. DEPUTY COMMISSIONER OF THE STATE CORRECTIONAL INSTITUTION AT HUNTINGDON ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–7353. GILES v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–7357. ROARK v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–7359. SMYLIE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–7361. BAUMAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–7362. VACCARO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91–7364. ABADIA, AKA OCHOA v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–7368. GILBERT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.